UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

LISA CANTWELL, on behalf of herself and all others
similarly situated,

                                       Plaintiff,

      -v.-

M.S.H., INC.,

                                 Defendants.

-------------------------------------------------------------------------x

Civil Action No:
1:25-cv-4432

## <u>JOINT STIPULATION OF DISMISSAL</u>

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 26, 2025

| **For Plaintiff Lisa Cantwell** | **For Defendant M.S.H., Inc.** |
|---|---|
| */s/ Rami Salim* <br> Rami Salim <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph:  (201) 282-6500 <br> rsalim@steinsakslegal.com | */s/ Darryn G. Solotoff* <br> Darryn G. Solotoff <br> Law Office of Darryn G. Solotoff <br> One Huntington quad, suite 4N12, <br> Melville, NY 11747 <br> Ph:  (516) 695-0052 <br> ds@lawsolo.net |

1

## CERTIFICATE OF SERVICE

I certify that on November 26, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Rami Salim*
Rami Salim
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*